IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **B.D., by and through his Parents,** : | |
| **B.D. and J.D., and B.D. and J.D.,** : | No. 1:20-cv-01944 |
| **Individually,** : | |
| : | **(Judge Kane)** |
| v. : | |
| : | |
| **CORNWALL LEBANON SCHOOL** : | |
| **DISTRICT,** : | |
| **Defendant** : | |

# ORDER

**AND NOW**, on this 5th day of April 2021, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** Defendant Cornwall Lebanon School District ("Defendant")'s partial motion to dismiss (Doc. No. 7) **is GRANTED IN PART** and **DENIED IN PART**, as follows:

1. Defendant's motion is **DENIED** as to Counts III, IV, and V of the complaint;

2. Defendant's motion is **GRANTED** as to Counts VI, VII, and IX of the complaint;

3. Count IX is **DISMISSED WITH PREJUDICE** and without leave to amend; and

4. Counts VI and VII are **DISMISSED WITHOUT PREJUDICE** to Plaintiffs' right to file, within fourteen (14) days of the date of this Order, an amended complaint addressing the pleading deficiencies as to those counts identified in the accompanying Memorandum.

         s/ Yvette Kane
         Yvette Kane, District Judge
         United States District Court
         Middle District of Pennsylvania